In the Matter of NICK COST et al., Appellants. NICHOLAS BENETOS et al., Respondents.

Argued October 16, 1952; decided November 20, 1952.

*Isidor Unger* for appellants.

No appearance for respondents.

· Order affirmed, without costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.